# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.   06-cv-02190-LTB-CBS

GUY E. GLAD, and
BONNIE J. GLAD,

      Plaintiffs,

v.

ANDREA JACKSON,

      Defendant.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Motion to Dismiss By Stipulation of the Parties (Doc 5 - filed November 9, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED:   November 13, 2006